

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00072-CR

| | | |
|---|---|---|
| CARLOS TOPPS, Appellant | § | On Appeal from the 211th District Court |
| | § | of Denton County (F18-755-211) |
| V. | § | November 7, 2019 |
| | § | Per Curiam |
| THE STATE OF TEXAS | § | (nfp) |

**JUDGMENT**

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. We modify the wording of the special finding at the top of page 3 of the judgment to accurately reflect the jury's finding in the punishment charge:

> THE COURT FURTHER FINDS that before the commission of the offense alleged in paragraph one of the indictment, on the 8th day of July, 2016, in cause number F-1460401-U, in Dallas County, Texas, the defendant was finally convicted of the felony of Fraudulent Use or Possession of Identifying Information 5 Items or Less in the 291st Judicial District Court; and before the commission of the offense alleged in paragraph one of the indictment, the defendant was finally convicted of the felony of Attempted Possession of a Controlled Substance on the

8th day of July, 2016, in Dallas County, Texas, in cause number F1572307-U, in the 291st District Court.

As modified, we affirm the trial court's judgment.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM